# Notice Recipients

District/Off: 0424–2  User: ad  Date Created: 1/23/2025
Case: 2:24–bk–00598  Form ID: pdfdoc  Total: 71

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | United States Trustee | ustpregion04.ct.ecf@usdoj.gov |
| aty | Andrew C. Robey | arobey@hfdrlaw.com |
| aty | Brandy M. Rapp | brapp@whitefordlaw.com |
| aty | Brian Richard Blickenstaff | bblickenstaff@johnswvlaw.com |
| aty | Chad Taylor | clt@simmermanlaw.com |
| aty | Daniel B. Schwaber | dschwaber@hfdrlaw.com |
| aty | David B. Salzman | dbs@camlev.com |
| aty | Denise Snyder | denisesnyder@pgka.com |
| aty | Dylan James–Howard George | dgeorge@fbtlaw.com |
| aty | Elizabeth Kavitz | beth.kavitz@usdoj.gov |
| aty | Frank Simmerman, III | trey@simmermanlaw.com |
| aty | Gary O. Kinder | gary.o.kinder@usdoj.gov |
| aty | Henry Jon Jaffe | hjaffe@pashmanstein.com |
| aty | James R Fox | jamie@foxlawwv.com |
| aty | Jared M. Tully | jtully@fbtlaw.com |
| aty | Jeffery Davis Kaiser | jeffkaiser@pgka.com |
| aty | Joe M. Supple | info@supplelawoffice.com |
| aty | Kelly Kotur | kellykotur@davisandkotur.com |
| aty | Kelly Neal | kelly.neal@bipc.com |
| aty | Kirk B. Burkley | kburkley@bernsteinlaw.com |
| aty | Lindsay Stollings | lindsay.stollings@ramlaw.com |
| aty | Michael J Roeschenthaler | mroeschenthaler@raineslaw.com |
| aty | Paul J Cordaro | pcordaro@camlev.com |
| aty | R. Joseph Naus | gbrown@wwmlaw.com |
| aty | Salene Mazur Kraemer | salene@mazurkraemer.com |
| aty | Shawn P George | sgeorge@glgwv.com |
| aty | Stephen L. Thompson | sthompson@barth–thompson.com |
| aty | Steven L. Thomas | sthomas@kaycasto.com |
| aty | Travis A. Knobbe | travisk@tklaw–ga.com |
| aty | Vi Tran | vtran@foley.com |
| aty | W. Bradley Sorrells | wbs@ramlaw.com |
| aty | W. Eric Gadd | EGadd@spilmanlaw.com |

TOTAL: 32

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | |
|---|---|---|
| db | Century Mining LLC | P.O. Box 279  Volga, WV 26238 |
| cr | Doss Enterprises, LC | 254 East Main Street  , WV 26301 |
| fa | Mark J Welch | MorrisAnderson  55 West Monroe Street  Suite 2350  Chicago, IL 60603 |
| cr | JEAMAR USA, LLC | c/o R. Joseph Naus  Wiener Weiss Madison APC  330 Marshall Street Suite 1000  Shreveport, LA 71101 UNITED STATES |
| crcmch | Ben Hardman | J.H Fletcher & Co & Fletcher Service, In  402 High Street  P.O. Box 2187  Huntington, WV 25705 |
| crcm | Kelly Smith | Joy Global Underground Mining, LLC  220 Simko Blvd  Charleroi, PA 15022 |
| crcm | Jim Leslie | Jeamar USA, LLC  1051 M&O Drive  Bossier City, LA 71111 |
| crcm | Henry Looney | United Central Industrial Supply Company  1241 Volunteer Parkway  Suite 1000  P.O. Box 8300  Bristol, TN 37620 |
| cr | Caterpillar Financial Services | Buchanan Ingersoll & Rooney LLP  c/o Kelly M. Neal  501 Grant Street, Suite 200  Pittsburgh, PA 15219 UNITED STATES |
| intp | Mutual Mining Insurance Company | 216 Brook Street  Suite 300  Charleston, WV 25301 |
| cr | WC Hydraulics, LLC | 172 Philpot Lane  Beaver, WV 25813 |
| cr | Woodford Oil Company | c/o Brandy M. Rapp, Esq.  Whiteford, Taylor & Preston LLP  10 S. Jefferson Street  Suite 1110  Roanoke, VA 24011 |
| cr | Redwing Logging Supply, Inc. | 419 Main Street  Mount Hope, WV 25880 |
| cr | The Redwing Company, Inc. | 419 Main Street  Mount Hope, WV 25880 |
| cr | Sew Biz LLC | 67075 Executive Drive  St. Clairsville, OH 43950 |
| op | Mineral Energy Resource Associates, LLC | 216 Doubletree Drive  Ventia, PA 15367 |
| aty | Alexis R. Gambale | Pashman Stein Walder Hayden, P.C.  824 North Market Street  Suite 800  Wilimington, DE 19801 |
| aty | Andrew Rosenblatt | Norton, Rose & Fullbright  1301 Avenue of the Americas  New York, NY 10019 |
| aty | Christopher J. Schreiber | Michael Best & Friedrich LLP  790 N. Water Street  Suite 2500  Milwaukee, WI 53202 |
| aty | Curtis Tuggle | Thompson Hine LLP  3900 Key Center, 127 Public Square  Cleveland, OH 44114 |
| aty | Emil P. Khatchatourian | FOLEY & LARDNER LLP  321 North Clark Street  Suite 3000  Chicago, IL 60654–4762 |
| aty | Frank E. Simmerman, Jr. | SIMMERMAN LAW OFFICE, PLLC  254 East Main Street  Clarksburg, WV 26301 |

| | | | | | | |
|---|---|---|---|---|---|---|
| aty | Frank J. Guadagnino | McGuire Woods LLP | Tower Two Sixty | 260 Forbes Avenue | Suite 1800 | Pittsburgh, PA 15222 |
| aty | Gregory F. Vizza | Blank Rome LLP | One Logan Square | 130 North 18th Street | | Philadelphia, PA 19103 |
| aty | Jacob R. Broadway | Tower Two Sixty | 260 Forbes Avenue | Suite 1800 | Pittsburgh PA, 15222 US | |
| aty | Jeremy Campana | Thompson Hine LLP | 3900 Key Center, 127 Public Square | | | Cleveland, OH 44114 |
| aty | John M. Craig | Law Firm of Russell R. Johnson III, PLC | 2258 Wheatlands Drive | | | Manakin−Sabot, VA 23103 |
| aty | Joseph S. Harper | FOLEY & LARDNER LLP | 150 East Gilman Street | | | Madison, WI 53703 |
| aty | Katherine R. Beilin | Pashman Stein Walder Hayden, P.C. | 824 North Market Street | Suite 800 | | Wilmington, DE 19801 |
| aty | Kathryn L. Harrison | 310 Grant Street | Suite 1700 | Pittsburgh, PA 15219 | | |
| aty | Kenneth J. Lund | Raines Feldman Littrell LLP | 11 Stanwix Street, Suite 1100 | | | Pittsburgh, PA 15222 |
| aty | Mark A. Lindsay | Raines Feldman Littrell LLP | 11 Stanwix Street, Suite 1100 | | | Pittsburgh, PA 15222 |
| aty | Mark E. Freedlander | McGuire Woods, LLP. | Tower Two Sixty | 260 Forbes Avenue | Suite 1800 | Pittsburgh, PA 15222 |
| aty | Max S. Meckstroth | FOLEY & LARDNER LLP | 777 East Wisconsin Avenue | | | Milwaukee, WI 53202−5306 |
| aty | Michael Berthiaume | Norton, Roae & Fullbright | 2200 Ross Avenue | Suite 3600 | | Dallas, TX 75201 |
| aty | Michael Small | FOLEY & LARDNER LLP | 321 North Clark Street | Suite 3000 | | Chicago, IL 60654−4762 |
| aty | Regina Stango Kelbon | BlankRome | 1201 Market St | Suite 800 | | Wilmington, DE 19801 |
| aty | Russell R. Johnson, III | Russell R. Johnson III, PLC | 2258 Wheatlands Drive | | | Manakin−Sabot, VA 23103 |
| aty | Vi Tran | FOLEY & LARDNER, LLP | 1000 Louisiana Street | Suite 2000 | | Houston, TX 77002 |

TOTAL: 39